**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                              Case No.15-17100-EPK
                                    Chapter 11

GENARO'S CORPORATION

_____Debtor_____/

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

1. The plan of reorganization in this case was confirmed on August 24, 2016 (DE 191), and subsequently modified and confirmed on September 13, 2016 ( DE 198 ). The plan provided for a 1% dividend to unsecured creditors.

2. The deposit required by the plan has been distributed and all matters to be completed upon the effective date of the confirmed plan have been fulfilled or completed.

3. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

4. All administrative claims and expenses have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of fees and expenses is as follows:

$_____N/A_____ Trustee Compensation (If trustee received compensation under more than one chapter)

| $ | $ | $ | $ |
|---|---|---|---|
| Ch. 7 | Ch. 9 or 11 | Ch. 12 | Ch. 13 |

$_____ Fee for Attorney for Trustee
$ 56,909.43 Fee for Attorney for Debtor ($44,409.43 Markarian Frank; $12,500 AramisH)
$11,053.31 U.S. Trustee (fees required by 28 U.S.C. §1930)
$_____ Clerk of Court (fees required by 28 U.S.C. §1930)
$_____ Other Professionals
$ 67,962.74 ALL expenses, including Trustee's

LF-35 (rev. 12/01/09)                 Page 1 of  3

      5.  Attached as Exhibit A is a distribution report detailing the payments made under the plan on the effective date.

      The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

      I certify that a copy of this report and attachments was mailed to the U.S. Trustee's office on March 1, 2017

Submitted By:

Aramis Hernandez, Esq.
Attorney for Debtor-in-Possession
Miami Legal Center
139 NE 1st Street, Suite 600
Miami, Florida 33132

Exhibit "A"

| | Listed Debt | Already Paid | Plan Debt | Interest | # Pay | Monthly Payment | Notes: |
|---|---|---|---|---|---|---|---|
| **Priority Claims** | | | | | | | |
| PB County Property Taxes 15' | $52,284.00 | | $55,420.61 | 18.00% | | n/a | Debtor to make lump sum payment |
| PB County Property Taxes 14' | $55,541.80 | | $55,541.80 | 18.00% | | n/a | Debtor to make lump sum payment |
| Internal Revenue Service (POC 5) | $113,144.99 | | $113,144.99 | 0.00% | 37 | $3,057.97 | Unpaid Employment Taxes |
| Internal Revenue Service (POC 13) | $10,917.61 | | $10,917.61 | 0.00% | 37 | $295.07 | Unpaid Employment Taxes |
| **Secured Claims** | | | | | | | |
| C and I Fund LLC (POC 6) | $1,500,000.00 | $177,209.90 | $1,322,790.10 | 6.00% | 46 | $12,657.85 | Adequate Protection Payments started on 6/1/15 |
| General Capital Investments (POC 8) | $400,000.00 | | $400,000.00 | 4.00% | 120 | $2,026.74 | Debtor to make first payment w/in 30 days of conf. |
| City of West Palm Beach (POC 9) | $48,400.00 | | $48,400.00 | 3.00% | 60 | $869.68 | Code Enforcement Lien (Broken Window) |
| PB County Tax Collector Tangible (POC 2) | $3,302.54 | | $3,302.54 | 18.00% | 3 | n/a | Debtor to make lump sum pay w/in 90 days of Confirm |
| PB County Tax Collector Tangible 15' | $2,380.03 | | $2,380.03 | 18.00% | 3 | n/a | Debtor to make lump sum pay w/in 90 days of Confirm |
| **Unsecured Claims** | | | | | | | |
| Kimberly Hill, Esquire (POC 12) | $29,026.18 | | $290.26 | 0.00% | 60 | $4.84 | Unsecured - Atty workers comp |
| Dilma Celeny Santizo-Perez (POC 11) | $155,866.83 | | $1,558.67 | 0.00% | 60 | $25.98 | Unsecured - Workers comp case |
| Jesus Ravelo, Esquire (POC 10) | $6,705.75 | | $67.06 | 0.00% | 60 | $1.12 | Unsecured - Atty workers comp |
| Wells Fargo Bank (POC 3) | $25,184.63 | | $251.85 | 0.00% | 60 | $4.20 | Unsecured - Business Line of Credit |
| C and I Fund LLC (POC 6) | $203,165.13 | | $2,031.65 | 0.00% | 60 | $33.86 | Unsecured - Lender |
| Amaro Food Distributor (POC 7) | $362,944.37 | | $3,629.44 | 0.00% | 60 | $60.49 | Unsecured - Vendor |
| General Capital Investments (POC 8) | $310,423.69 | | $3,104.24 | 0.00% | 60 | $51.74 | Unsecured - Lender |
| Internal Revenue Service (POC 5) | $21,833.81 | | $218.34 | 0.00% | 60 | $3.64 | Unsecured - unsecured taxes due |
| Best Pork Distributors | $9,448.07 | | $94.48 | 0.00% | 60 | $1.57 | Unsecured - Vendor |
| Avimael Mendez | $9,500.00 | | $95.00 | 0.00% | 60 | $1.58 | Unsecured - Workers comp case |
| Carib Import & Export | $2,700.00 | | $27.00 | 0.00% | 60 | $0.45 | Unsecured - Vendor |
| Office of Financial Services | $18,500.00 | | $185.00 | 0.00% | 60 | $3.08 | Unsecured - Admin Fine |
| Dismex Food | $5,367.95 | | $53.68 | 0.00% | 60 | $0.89 | Unsecured - Vendor |
| Florida Power & Light | $10,035.09 | | $100.35 | 0.00% | 60 | $1.67 | Unsecured- Utility Bill |
| Gabriel Fernandez | $34,000.00 | | $340.00 | 0.00% | 60 | $5.67 | Unsecured - Business Loan |
| Piery Sales | $714.00 | | $7.14 | 0.00% | 60 | $0.12 | Unsecured - Vendor |
| Import - Mex | $977.51 | | $9.78 | 0.00% | 60 | $0.16 | Unsecured - Vendor |
| Mega Star Inc. | $962.55 | | $9.63 | 0.00% | 60 | $0.16 | Unsecured - Vendor |
| Office of Financial Regulations | $714.00 | | $7.14 | 0.00% | 60 | $0.12 | Unsecured - Admin Fine |
| SNR Appliance Repair | $7,000.00 | | $70.00 | 0.00% | 60 | $1.17 | Unsecured - Maintenance/Repair |
| RSM Distributors | $921.84 | | $9.22 | 0.00% | 60 | $0.15 | Unsecured - Vendor |
| Rex Food & Candy | $4,955.16 | | $49.55 | 0.00% | 60 | $0.83 | Unsecured - Vendor |
| TRS Recovery Services | $3,832.03 | | $38.32 | 0.00% | 60 | $0.64 | Unsecured - Merchant Service Fees |
| * Florida Department of Revenue (POC 4) | $33,094.98 | | $3,309.50 | 0.00% | 18 | $1,500.00 | Debtor's principal is paying directly to FDR |

| | | | **Total Due** | | | **Unsecured Payment** | |
|---|---|---|---|---|---|---|---|
| | $3,443,844.54 | | $2,027,454.96 | | | $204.13 | |