UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 15-17100-EPK
CHAPTER 11 PROCEEDING

IN RE:

**GENARO'S CORPORATION**

_____/

**AFFIDAVIT OF ESTIMATED DISBURSEMENTS FOR FIRST QUARTER, JANUARY, FEBRUARY, AND MARCH 2017.**

STATE OF FLORIDA  )

COUNTY OF PALM BEACH )

BEFORE ME, the undersigned authority, personally appeared Genaro Espinal, President of Genaro's Corporation, who being duly sworn deposes and says:

1. I am a president of Genaro's Corporation, which position I have held since May 1996.
2. I am over 18 years of age and the information contained in this Affidavit is true and correct based upon my personal knowledge and based upon my review of Genaro's Corporation operating expenses and payments due pursuant to the Modified Chapter 11 Plan of Reorganization (DE 196).
3. Debtor's Plan was initially confirmed on August 24, 2016 (DE 191) and the modified Plan was confirmed on September 13, 2016 (DE 198).
4. Debtor's monthly Plan of Reorganization liabilities consist of the attached Exhibit "A".
5. For the First Quarter of 2017, Debtor estimates that between January 1, 2017 and March 31, 2017 Debtor will make disbursements of more than $300,000.00 but less than $999,999.99.

_____
GENARO ESPINAL, "DECLARANT" PRESIDENT GENARO'S CORP.


BEFORE ME, the undersigned authority, this day personally appeared Genaro Espinal as Authorized Signatory of Genaro's Corporation, who, after being first duly sworn, deposes and says that he is the person who acknowledged and swore before me that said Affidavit was truthful and complete to the best of his knowledge and ability.

SWORN TO AND SUBSCRIBED TO before me this 31th day of January, 2017.

_____
NOTARY PUBLIC, State of Florida at large.


My commission expires: